

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2015

No. 04-15-00257-CV

In the **INTEREST OF N.F.R.**, a Child

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02004
Honorable Martha Tanner, Judge Presiding[1]

### ORDER

      In accordance with the court's opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

      We **order** that no costs shall be assessed against appellant, because she is indigent.

      It is so **ORDERED** on July 8, 2015.

_____
Luz Elena D. Chapa, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2015.

_____
Keith E. Hottle, Clerk

---

[1] Senior Judge, sitting by assignment